# EXHIBIT C

# SingleSource — Exterior Evaluation

| | |
|---|---|
| Property Address: | 43 COMMERCE ST, SPRING VALLEY, NY  10977 |
| Borrower | SHEINER, CHAYA |
| Inspection Date | 8/9/2015 |
| Effective Date | 8/13/2015 |
| APN | |
| Loan # | |
| Order ID | |
| Company | Chewens and Associates Real Estate LLC |
| Name | Steve Chewens |
| Phone | |
| Fax | |
| Email | |
| Address | 23 Lexington Hills HARRIMAN NY 10926 |
| Distance from the Subject | 15 Miles |
| Vendor's License Number | |
| Years Experience | 14 |
| License Effective Date | |
| License Expire Date | |

## I. General Conditions

| | |
|---|---|
| Property Type | Single Family |
| Occupancy | Owner |
| # Of Units | 1 |
| Data Source | Tax Records |
| Assessed Value | 25,200 |
| Land Value | 6,700 |
| Annual Property Tax | 6,923 |
| Property Condition | Average |
| HOA | No |
| HOA Fees | $ |
| HOA Assoc. Name | |
| Phone | |
| Fees Include | |
| Monthly Rental Value | $1,650 |
| Zoning: | |
| Current Use: | residential |
| Projected Use: | SFR-Det |
| FHA Case Number: | |

### Subject Description

Subject was in average condition at time of inspection no repairs were noted

### Repairs

| Category | Cost | | Category | Cost |
|---|---|---|---|---|
| Exterior Paint | $ | | Foundation | $ |
| Siding / Trim Repair | $ | | Fencing | $ |
| Exterior Doors | $ | | Landscaping | $ |
| Windows | $ | | Pool | $ |
| Garage | $ | | Other | $ |
| Roof / Gutters | $ | | Other | $ |
| Fire Damage | $ | | Other | $ |
| Total Estimated Exterior Repairs | | | $0 | |

### Subject Condition and Repair Comments

no repairs needed

## II. Subject Sales and Listing History

| Currently Listed? | | No | By: | | // | |
|---|---|---|---|---|---|---|
| List Date | | Orig List Price | | Current List Price | MLS# | |
| | | $ | | $ | | |

### Prior History (36 Month)

| Original List Price | Original List Date | DOM | Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|---|---|---|
| | | | | | $ | $ | |
| | | | | | $ | $ | |
| | | | | | $ | $ | |

Analysis of Current and Prior Listing History:

## III. Neighborhood Market Data

| Location | Suburban | Property Values | Stable | Housing Supply is | In Balance |
|---|---|---|---|---|---|
| Number of Lisiting is | | Increasing | Normal Marketing Time | | 150 |
| Total # of Active Listings in the subject's specific MLS district | | | | | 249 |
| Distressed Marketing Time (Days) | | | | | 100 |
| Total # of Sales in the subject's specific MLS district in the past 12 months | | | | | 236 |
| # of REO Sales in the subject's specific MLS district in the past 12 months | | | | | 18 |
| # of Boarded Properties on Subject Street | | | | | 0 |
| # of Rentals on the market in the subject's specific MLS district | | | | | 33 |
| Predominant Occupancy | | | | | Owner |

| | | |
|---|---|---|
| Market for this type of property | Remained Stable | |
| Market for this type of property REO% | 4 | |
| Market for this type of property Short Sale % | 4 | |
| Range of Value is this area: | Low: $200,000 | High: $350,000 |
| Functional/Economic Obsolescence | No | |
| Does agent feel there will be a Resale Problem? | No | |
| Reason there will be a Resale Problem: | no problem | |
| Do any environmental issues affect the value of the property? | NO | |

### Neighborhood Comments

Subject is in close proximity to all amenities, schools, shopping and places of worship. The area consists of different style and size homes.

## IV. Marketing Strategy

| Value | | 90-120 Day Value | Repaired Value | 30 Day Value |
|---|---|---|---|---|
| | Suggested List Price | $239,900 | $239,900 | $210,000 |
| | Probable Sales Price | $229,000 | $229,000 | $200,000 |
| Comments Regarding Pricing Strategy | | | | |
| Subjects value is based upon the current market conditions, condition and comps I used. Due to the limited comps available within the subjects area resulted in comparable(s) with proximities, sales date, gla, age, and lot size that are slightly excessive of the guidelines. This does not have a significant impact on value. Sales and list data within the distance guidelines were outside the subject characteristic guidelines and would not be representative of the subject Distances traveled to comps are further than desired; however are necessary due to the limited available comps in the immediate area and to locate other similar properties. | | | | |
| Unique Property Conditions | | | | |
| | | | | |

*A professional real estate Broker or Agent (referred to as Agent), will be assigned by SingleSource Property Solutions LLC to complete either an interior or an exterior curbside inspection. Available public record and prior MLS data is researched to determine the subject property and comparable data room count, gross living area, site size, last sale date, sale price and current or past listings information. The Agent will take photos and note details that include any deferred maintenance, amenities, general condition and external influences, that would affect the value and marketability of the property. Comparable sales and listings are researched via the same sources. The data is then compiled and the Agent logs into SingleSource?s website, populates the data into an online form, uploads photos of the subject and comparables, and then electronically submits the completed form back to SingleSource Property.com for quality control processing. The attached opinion of Market Value has been completed outside of the Uniform Standards of Professional Appraisal Practice (USPAP). The analysis is an evaluation tool and is not considered to be an appraisal. SingleSource completes Market Value opinion requests for property listing, REO analysis, loan due diligence, modifications etc. to aid our servicing customers.*

| CERTIFICATION OF SALES AGENT OR BROKER |
|---|
| The undersigned hereby certifies and agrees that:<br>1. I personally took the pictures, selected comparables, and determined the price conclusion.<br>2. To the best of my knowledge, the statements of fact contained in this report are true and correct.<br>3. The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.<br>4. I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.<br>5. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.<br>6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. |

SIGNATURE

Signature  *Stiven R Chewens* (signed)
Name  Steve Chewens
Company Name  Chewens and Associates Real Estate LLC
Company Address 23 Lexington Hills HARRIMAN NY 10926
Telephone Number  845-238-1115
Email Address  schewens@gmail.com
Date of Report  8/9/2015

Real Estate Broker or Salesperson License Number:

License #  49CH1070965
State  NY
Expiration Date of License  5/31/2017

ADDRESS OF PROPERTY
43 COMMERCE ST
SPRING VALLEY, NY  10977