# Exhibit "B"

LAW OFFICES OF
## ALLEN A. KOLBER, ESQ.

134 ROUTE 59, SUITE A
SUFFERN,, NEW YORK 10901
TELEPHONE:  (845) 918-1277
FACSIMILE:   (845) 369-1618
e-mail: aKolber@Kolberlegal.com

November 3, 2017

Robert W. Griswold, Esq. (via email: rgriswold@logs.com)
Katherine Heidbrink, Esq. (via email:kheidbrink@logs.com)
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05, Melville, NY 11747

> **Re:**   **Debtor:  Chaya Sheiner**
> **U.S. Bankruptcy Court, SDNY – Case No. 16-23271(rdd)**
>
> **Property:  43 Commerce Street, Spring Valley, NY 10977**
> **Loan No:** ▮▮▮▮▮▮▮▮▮▮

Counselors:

This office represents the Debtor relating to the above-referenced matter.

In furtherance of our Motion to Cram Down the subject premises, please find a structural report which details the following defective conditions:

- Roofing:  is more than 20 years old, worn out and rotten, the drainage gutters are damaged and need replacement.

- Exterior:  The walls and soffits are rotted and severely damaged or insect damaged, metal siding is buckled and has holes.

- Windows:  Most windows are damaged and inoperable and all need to be replaced.

- Porches and decks:  are unsafe, missing railings, nailed not bolted as required.

- Driveway:  is cracked and damaged surfaces, trip or fall hazard.

- Electrical:  Service box is a fire hazard, outlets inoperable or ungrounded, risk of electric shock.

- Heating:  Boiler manufactured between 1954-1958, past life expectancy, rusted piping, leaking.

- Plumbing:  Pipes are leaking and corroded.

- Interiror:  Bathrooms contain wet and rotten walls, inoperable and cracked windows, suspecetd mold growth, inoperable outlets, cracked or missing tiles,

**Law Office of Allen A. Kolber, Esq.**
Robert W. Griswold, Esq.
Katherine Heidbrink, Esq.
November 3, 2017
Page –2-

          wet sheetrock behind missing tiles.

- Flooring:  damaged or missing in some areas.  Majority of doors are damaged or deteriorated.

- Carpentry:  Kitchen cabinets rotten and damaged, falling apart, rotted from leaks.

     If you require any additional documentation to be signed by our client, please forward such documentation to our office and we will have our client sign the requisite documents.

                    Very truly yours,
                    LAW OFFICES OF ALLEN A. KOLBER, ESQ.

                    */s/Allen A. Kolber*
                    By:  Allen A. Kolber, Esq.

AAK
Cc:  Chaya Sheiner



# YOUR Inspection Report

*The best home inspection experience available.*

**FOR THE PROPERTY AT:**
43 Commerce St
Spring Valley, NY 10977

**PREPARED FOR:**
ALAN MARGUILLES LLC

**INSPECTION DATE:**
Sunday, October 29, 2017

**PREPARED BY:**
Benjamin Gandl





Reliable Home Inspection
19 Paul Ct
Pearl River, NY  10965

845-746-1520
LIC # █████████
bzgandl@gmail.com



October 30, 2017

Dear Alan Marguilles llc,

RE: Report No. 1125
43 Commerce St
Spring Valley, NY
10977

Thanks very much for choosing us to perform your home inspection. The inspection itself and the attached report comply with the requirements of the Standards of Practice of our national Association. This document defines the scope of a home inspection.

Clients sometimes assume that a home inspection will include many things that are beyond the scope. We encourage you to read the Standards of Practice so that you clearly understand what things are included in the home inspection and report.

The report has been prepared for the exclusive use of our client. No use by third parties is intended. We will not be responsible to any parties for the contents of the report, other than the party named herein .

The report is effectively a snapshot of the house, recording the conditions on a given date and time. Home inspectors cannot predict future behavior, and as such, we cannot be responsible for things that occur after the inspection. If conditions change, we are available to revisit the property and update our report.

The report itself is copyrighted, and may not be used in whole or in part without our express written permission.

Again, thanks very much for choosing us to perform your home inspection.

Sincerely,

Benjamin Gandl
on behalf of
Reliable Home Inspection

Reliable Home Inspection
19 Paul Ct
Pearl River, NY  10965
845-746-1520
LIC #

bzgandl@gmail.com



# INVOICE

October 30, 2017

Client: Alan Marguilles llc

Report No. ▮▮▮
For inspection at:
43 Commerce St
Spring Valley, NY
10977
on: Sunday, October 29, 2017

| | |
|---|---|
| Home inspection | $500.00 |
| Total | $500.00 |

Reliable Home Inspection
19 Paul Ct
Pearl River, NY  10965
845-746-1520
LIC # ▮▮▮▮▮▮

bzgandl@gmail.com

# AGREEMENT

Report No. ▮

43 Commerce St, Spring Valley, NY    October 29, 2017

---

PARTIES TO THE AGREEMENT

**Company**                          **Client**
Reliable Home Inspection             Alan Marguilles llc
19 Paul Ct
Pearl River, NY  10965

This is an agreement between Alan Marguilles llc and Reliable Home Inspection.

CUSTOMER and RELIABLE HOME INSPECTION agree to the following limitations and exclusions:

1. RELIABLE HOME INSPECTION will perform a visual non-invasive, non-destructive, non-engineering inspection only of the readily accessible areas and conditions of the subject property existing at the time of the inspection and provide customer with a written inspection report (the Inspection Report) identifying MATERIAL DEFECTS. The inspections performed by RELIABLE HOME INSPECTION are based on the opinions of the inspector. MATERIAL DEFECT is defined as follows: A problem with a residential real property or any portion of it that would have a significant adverse impact on the value of the property or that involves unreasonable risk to people on the property. The fact that a structural or mechanical element, system or subsystem is near, at or beyond the end of its normal useful life is not by itself a MATERIAL DEFECT.

You agree that if the Company recommends further evaluation of a condition noted in the Inspection Report that you will do so before the end of any inspection contingency and prior to closing by a Licensed Professional.

2. CUSTOMER UNDERSTANDS  AND AGREES THAT THE FOLLOWING ARE SPECIFICALLY EXCLUDED FROM THE INSPECTION AGREEMENT AND THE INSPECTION REPORT UNLESS CHECKED ABOVE AND PAID FOR BY CUSTOMER: structures detached from the Subject Property (excluding the primary detached garage or carport), presence or absence of rodents, termites and other wood destroying insects, and other insects or damage caused by them, mold and/or mildew, indoor or outdoor air quality, radon gas, lead paint, underground tanks and wells, septic and other sewage disposal systems, pet urine and/or other wastes, asbestos, formaldehyde, and other pollutants and toxic chemicals, water quality and adequacy, swimming pools, smoke alarms and/or other alarm equipment, central vacuum systems, tennis courts, playground equipment, and solar heating or cooling systems, and any recall notices or warnings on any structural or operational component or appliance. INSPECTION OF THE FOREGOING ITEMS AND SUBSTANCES SHOULD BE PERFORMED, DETECTED AND EVALUATED BY OTHER SPECIALISTS OF CUSTOMERS CHOICE AND HIRE.

3. CUSTOMER understands and agrees that RELIABLE HOME INSPECTION cannot and does not probe, pry, poke or otherwise invade any physical structure.

RELIABLE HOME INSPECTION cannot and does not look behind drywall, paneling, wall papering, under carpeting or other floor covering, above drop ceilings, or other areas which may be blocked or impeded by furniture, personal items or other structures. Inaccessible, non-visible, difficult to reach, latent or concealed defects or problems are excluded from the Inspection Agreement and the Inspection Report. While it is rare, some homeowners purposefully conceal damage or defects in the Subject Property. This type of concealment is particularly difficult to detect in a visible inspection and therefore is excluded by this Inspection Agreement and the Inspection Report.

4. CUSTOMER AGREES AND UNDERSTANDS  THAT IF RELIABLE HOME INSPECTION OR ANY OF ITS AGENTS, EMPLOYEES, SUBCONTRACTORS, OFFICERS OR SHAREHOLDERS  (COLLECTIVELY  CALLED COMPANY) ARE FOUND LIABLE FOR ANY LOSS OR DAMAGE DUE TO NEGLIGENCE OR THE FAILURE TO PERFORM ITS OBLIGATIONS IN THIS AGREEMENT, INCLUDING THE IMPROPER OR NEGLIGENT PERFORMANCE  OF THE INSPECTION OR THE IMPROPER OR NEGLIGENT REPORTING OF CONDITIONS OF THE SUBJECT PROPERTY, COMPANYS MAXIMUM LIABILITY SHALL BE LIMITED TO THE FEE PAID TO COMPANY FOR THAT PART OF THE INSPECTION, AND THIS LIABILITY SHALL BE EXCLUSIVE. THIS LIMITATION OF LIABILITY SPECIFICALLY COVERS LIABILITY FOR: DAMAGED PROPERTY, LOSS OF USE OF THE PROPERTY, LOST PROFITS, CONSEQUENTIAL  DAMAGES, SPECIAL DAMAGES, INCIDENTAL DAMAGES AND GOVERNMENTAL  FINES AND CHARGES, PUNITIVE DAMAGES AND ATTORNEYS FEES AND COURT COSTS IF REQUESTED BY CUSTOMER,

# AGREEMENT

Report No. ▮▮▮

43 Commerce St, Spring Valley, NY    October 29, 2017

RELIABLE HOME INSPECTION WILL ASSUME A GREATER LIABILITY, BUT ONLY FOR AN ADDITIONAL FEE TO BE AGREED UPON AND PAID FOR BY THE CUSTOMER. IF AGREED A RIDER WILL BE ATTACHED TO THIS AGREEMENT.

COMPANYS INSPECTION AND THE INSPECTION REPORT ARE IN NO WAY TO BE CONSIDERED AS A GUARANTEE OR WARRANTY, EXPRESSED OR IMPLIED, REGARDING THE PRESENT OR FUTURE CONDITION OF THE SUBJECT PROPERTY. ANY AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE EXPRESSLY EXCLUDED BY THIS AGREEMENT. CUSTOMER ACKNOWLEDGES THAT CONDITIONS OF THE SUBJECT PROPERTY ON THE DATE OF THE INSPECTION MAY CHANGE AND REQUIRE SUBSEQUENT REPAIR OR REPLACEMENT.

5. THIS INSPECTION AGREEMENT AND THE INSPECTION REPORT AT INTENDED ONLY FOR THE CUSTOMERS BENEFIT. THEREFORE, THE CUSTOMER AGREES TO PROTECT, INDEMNIFY, DEFEND AND RELEASE THE COMPANY AND ITS EMPLOYEES, AGENTS AND SUBCONTRACTORS FROM LIABILITY AGAINST ALL THIRD PARTY CLAIMS OR LOSSES (INCLUDING COSTS AND REASONABLE ATTORNEYS FEES) BROUGHT AGAINST RELIABLE HOME INSPECTION WHICH RELATE TO THIS INSPECTION AGREEMENT, THE INSPECTION OR THE INSPECTION REPORT. THIS INDEMNIFICATION COVERS WITHOUT LIMITATION; CLAIMS BROUGHT BY ANY PERSON OR ENTITY NOT A PARTY TO THIS INSPECTION AGREEMENT, CLAIMS BROUGHT BY CUSTOMERS INSURANCE COMPANY OR CLAIMS BROUGHT BY REAL ESTATE AGENTS OR BROKERS, CLAIMS BROUGHT BY THE SELLERS OF THE SUBJECT PROPERTY, INCLUDING CROSS CLAIMS FOR CONTRIBUTION AND INDEMNIFICATION. IT ALSO INCLUDES CLAIMS ARISING UNDER CONTRACT, WARRANTY, NEGLIGENCE.

6. Any controversy or claim arising out of or relating to this Inspection Agreement, the inspection or the Inspection Report shall be submitted to final and binding arbitration under the American Arbitration Association, and judgment on the award rendered by the arbitration panel may be entered in any court having jurisdiction hereof. If possible, all arbitrators shall have knowledge of the home inspection industry and, if possible at least one member of the arbitration panel shall be a certified active member in good standing of the American Society of Home Inspectors with at least five years of inspection experience in the home inspection industry.

7. Neither the inspector nor the company for which the inspector is acting have had, presently have, or contemplate having any ownership in this property. This report shall be considered invalid for purposes of securing a mortgage and/or settlement of property transfer if not used within ninety ( 90 ) days from the inspection date.

8. THE CUSTOMER MUST INITIATE ANY LAWSUIT AGAINST RELIABLE HOME INSPECTION WITHIN 90 DAYS AFTER THE DATE THE INSPECTION REPORT IS DELIVERED, FAXED OR EMAILED TO THE CUSTOMER OR CUSTOMERS AGENT. IF THE CUSTOMER DOES NOT, THE CUSTOMER HAS NO RIGHT TO INITIATE LEGAL ACTION AGAINST THE COMPANY AND RELIABLE HOME INSPECTION HAS NO LIABILITY TO CUSTOMER. IT IS CRITICAL THAT CUSTOMER BRING ANY LAWSUIT IN A TIMELY MANNER. TIME IS OF THE ESSENCE. CUSTOMER GUARANTEES RELIABLE HOME INSPECTION THE RIGHT TO EXAMINE THE SUBJECT MATTER AND AREA OF ANY CLAIM PRIOR TO ANY REMEDIAL MEASURES OR REPAIRS. If CUSTOMER repairs or replaces the subject matter of any claim before providing the Company with an opportunity to inspect it, then CUSTOMER waives any and all claims or causes of action whatsoever against the Company.

9. If CUSTOMER fails to pay RELIABLE HOME INSPECTION (or if the payment is uncollectable) for the inspection and the Inspection Report, the CUSTOMER agrees to pay RELIABLE HOME INSPECTION reasonable collection costs, including court costs, and reasonable attorney fees. In addition, CUSTOMER agrees to pay a $75.00 fee for each returned check and further agrees to pay a finance charge of 1% per month on any overdue balance.

10. This agreement represents the entire agreement between RELIABLE HOME INSPECTION and the CUSTOMER. No change or modification shall be enforceable against either party unless such change or modification is in writing and signed by both parties. This Inspection Agreement inures to the benefit of, and is enforceable by COMPANYS subcontractors, employees, agents, successors, affiliated entities, and assigns. If any provision of this Inspection Agreement is found to be invalid or unenforceable, such a finding shall not effect any other part of this Inspection Agreement. This Inspection Agreement shall be governed by the State where the inspection is performed.

# AGREEMENT

43 Commerce St, Spring Valley, NY   October 29, 2017

Report No. ▮

11. The person signing this Agreement warrants and represents to RELIABLE HOME INSPECTION that he/she/it is expressly authorized to sign this Inspection Agreement by the other spouse, or by the persons or entity purchasing the Subject Property, if applicable. They also agree to be responsible for payment and or collection costs should the Buyer, Seller or requesting entity refuse, cancel or stop payment.

12. If the Inspection Report provides any repair estimates, then Customer understands and agrees that those estimates should not be considered as a bid to perform repairs. Customer further agrees to release and hold Company Harmless against any estimates which may understate or overstate the actual cost of the repairs even if due to the negligence of the Company.

I, Alan Marguilles llc (Signature)_____, (Date)_____, have read, understood and accepted the terms of this agreement.

# ROOFING

Report No. ███

43 Commerce St, Spring Valley, NY     October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Description

**General:** • Roof Type
*Note:*  Gable

**Sloped roofing material:** • Asphalt shingles

**Approximate age:** • More than 20 years

**Typical life expectancy:** • 20-25 years

## Limitations

**Roof inspection limited/prevented by:** • Lack of access (too high/steep)

**Inspection performed:** • From the ground

## Recommendations

**SLOPED ROOFING \ Asphalt shingles**

**1. Condition:** • Old, worn out

Roof shingles are old ,worn out with signs of buckling & roof sheathing on lower roof in the back of the house which was visible,  is rotten.

Roof should be remodeled by a Licensed Roofer.

**Implication(s):** Chance of water damage to contents, finishes and/or structure




**1.** *Rotten*          **2.** *Old, worn out*

# EXTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ■■■■

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Description

**General:** • Front



**3.** *Front*

**General:** • Back



**4.** *Back*

# EXTERIOR

Report No. ▮▮▮

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

---

**General:** • Sides





**5.** *Left Side*

**6.** *Right Side*

**Gutter & downspout material:** • Aluminum

**Gutter & downspout type:** • Eave mounted

**Gutter & downspout discharge:** • Above grade

**Wall surfaces and trim:** • Metal siding

**Driveway:** • Asphalt

**Walkway:** • Concrete • Asphalt

**Deck:** • Raised • Wood

**Porch:** • Wood

## Recommendations

**ROOF DRAINAGE \ Gutters**

**2. Condition:** • Damage

Gutters in the back and in the front of the house are damaged and need to be replaced.

---

# EXTERIOR

Report No. ▮▮▮

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**7.** *Damage*

## ROOF DRAINAGE \ Downspouts

**3. Condition:** • Downspouts discharge too close to building

Multiple downspouts around the house are too close to the house and should be extended 6 ft away.

**Implication(s):** Chance of water damage to contents, finishes and/or structure



# EXTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▮

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Downspout extension too short



**8.** *Downspouts discharge too close to building*

## WALLS \ Soffits and fascia

4. **Condition:** • Rot or insect damage

Report No. ▮▮▮

# EXTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

Box ends of facia on all sides are rotted & severely damaged and needs to be replaced.

**Implication(s)**: Chance of water damage to contents, finishes and/or structure | Material deterioration





**9.** *Rot or insect damage*



**10.** *Rot or insect damage*

Report No. ▮▮▮

# EXTERIOR
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |


*11. Rot or insect damage*

**5. Condition:** • <u>Paint or stain needed</u>
Paint is peeling on soffit, fascia, window trimming, foundation & both decks. Have it painted by a licensed professional.
Please note:
The age of this house would indicate that there is a good possibility it contains some lead-based paint. Some homes built before 1978 and most homes built before 1960 have lead-based paint and varnishes on the interior and exterior surfaces which include, but are not limited to: walls, floors, doors,windows and trim. Consult with appropriate qualified lead environmental company on the health risks of lead-based paint.
**Implication(s):** Chance of water damage to contents, finishes and/or structure | Shortened life expectancy of material

## WALLS \ Metal siding
**6. Condition:** • <u>Damage</u>
Siding in the back of the house is buckled & siding on side of the house has holes.
**Implication(s):** Chance of water damage to contents, finishes and/or structure


*12. Damage*

# EXTERIOR

Report No. ▮▮

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## WINDOWS \ General

**7. Condition:** • Damage

Most windows around the house are damaged and are not operable and some windows are cracked.

All windows need to be replaced.

Basement window is blocked off with plywood and should be corrected.

**Implication(s):** Increased heating and cooling costs | Reduced comfort



**13.** *blocked*

## PORCHES, DECKS, STAIRS, PATIOS AND BALCONIES \ General

**8. Condition:** • Unsafe

The following conditions were noted by the back deck:

Joist hangers are rusty and should be replaced.

Ledger board is nailed in and not bolted as today's requirements.

Railing by steps and on deck are weak & need to be secured.

Spindles on steps are climbable & should be replaced.

Some railing is missing by front deck & railing is loose as well.

Have a licensed deck specialist correct the above-mentioned.

**Implication(s):** Physical injury

Report No. █████

# EXTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**14.** *Missing Railing*



**15.** *Weak & climbable*

## LANDSCAPING \ General

**9. Condition:** • <u>Trees or shrubs too close to building</u>

Some trees are overhanging the roof and should be cut away.

**Implication(s):** Chance of water damage to contents, finishes and/or structure | Chance of pests entering building | Material deterioration

16-23271-rdd    Doc 42-2    Filed 11/03/17    Entered 11/03/17 17:13:39    Exhibit B -
Inspection Report & Adjusted Work Order    Pg 19 of 48

Report No. ▮

# EXTERIOR
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |





**16.** *Overhanging trees*

## LANDSCAPING \ Driveway
**10. Condition:** • Cracked or damaged surfaces

Report No. ▮

# EXTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

Cracks were noted along the driveway. Driveway should be redone.
**Implication(s):** Trip or fall hazard

# STRUCTURE

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▮▮▮

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Description

**Configuration:** • Basement

**Foundation material:** • Not visible

**Floor construction:** • Concrete

**Exterior wall construction:** • Wood frame

**Roof and ceiling framing:** • Not visible

## Limitations

**Attic/roof space:** • No attic

**Percent of foundation not visible:** • 100 %

# ELECTRICAL

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▉

ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO

REFERENCE

## Description

**General:** • Service Entrance



**17.** *Service Entrance*

**General:** • Distribution Panel



**18.** *Distribution Panel*

# ELECTRICAL

Report No. ▮▮▮

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
|---|---|---|---|---|---|---|---|---|---|

| REFERENCE |
|---|

**Service entrance cable and location:** • Overhead aluminum

**Main disconnect/service box rating:** • 100 Amps

**Main disconnect/service box type and location:** • Breakers - basement

**Distribution panel type and location:** • Breakers - basement

**Distribution panel rating:** • 100 Amps

**Distribution wire material and type:** • Copper - non-metallic sheathed  • Copper - metallic sheathed

**Type and number of outlets (receptacles):** • Grounded - typical

**Smoke detectors:** • Present

## Recommendations

**SERVICE BOX, GROUNDING AND PANEL \ Distribution panel**

**11. Condition:** • Double taps

Double tapping noted in the distribution panel.

Please note: Breakers are manufactured by "Pushmatic" which are not typical and may be more costly when repairs needed.

**Implication(s):** Fire hazard

**Task:** Correct by a Licensed Electrician



Report No. ▮▮▮

# ELECTRICAL
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
|---|---|---|---|---|---|---|---|---|---|

| REFERENCE |
|---|



**19.** *Double taps*

## DISTRIBUTION SYSTEM \ Outlets (receptacles)

**12. Condition:** • Inoperative
Kitchen outlet was inoperative when tested.
**Implication(s):** Equipment inoperative
**Task:** Correct by a Licensed Electrician

**13. Condition:** • Ungrounded
Bedroom outlet tested ungrounded.
**Implication(s):** Electric shock
**Task:** Correct by a Licensed Electrician

# HEATING

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▮▮▮

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Description

**System type:**
• Boiler



**20.** *Boiler*

**Fuel/energy source:** • Gas

**Boiler manufacturer:** • Hydrotherm

**Heat distribution:** • Baseboards

**Approximate capacity:** • 96,000 BTU/hr

**Efficiency:** • Conventional

**Exhaust venting method:** • Natural draft

**Approximate age:**
• &gt: 50 years
As per manufacturer's rep this unit was manufactured between 1954-1958.
• Old

**Typical life expectancy:** • Boiler (cast iron) 25 to 50 years

**Main fuel shut off at:** • Next to unit.

**Chimney/vent:** • Masonry

**Combustion air source:** • Interior of building

# HEATING

Report No. ████

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Limitations

**Inspection prevented/limited by:** • All information on this unit is based on the manufacturer data plate

## Recommendations

### GAS HOT WATER BOILER \ Life expectancy

**14. Condition:** • <u>Old</u>

Boiler is old and past the life expectancy & needs to be serviced. Expect to have the boiler replaced in the near future.

**Implication(s):** Equipment failure | No heat for building

### GAS HOT WATER BOILER \ Gas piping

**15. Condition:** • <u>Rust</u>

Piping by the boiler area, indoor chimney vent & inside of the boiler are rusty and should be replaced.

**Implication(s):** Fire or explosion

**Task:** Correct by a Licensed Plumber




**21.** *Rust*          **22.** *Rust*

### GAS HOT WATER BOILER \ Expansion tank

**16. Condition:** • <u>Leak</u>

A leak was noted by the expansion tank. Have it further investigated and corrected by a Licensed Plumber.

**Implication(s):** Chance of water damage to contents, finishes and/or structure | Equipment not operating properly

**Task:** Correct by a Licensed Plumber

Report No. ▮▮▮

# HEATING

43 Commerce St, Spring Valley, NY    October 29, 2017



| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**Conventional expansion tank**

cross section

**GAS HOT WATER BOILER \ Radiators, convectors and baseboards**

**17. Condition:** • Baseboard in one of the bedrooms are covered with foil. Foil should be removed and further investigated & corrected.

Report No. ▓▓▓

# HEATING

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**23.** *Baseboard*



**24.** *Baseboard*

**18. Condition:** • <u>Missing</u>
Multiple baseboard covers are missing around the house which should be corrected.
**Implication(s):** Increased heating costs | Reduced comfort

# COOLING & HEAT PUMP

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▮▮▮

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
|---------|----------|-----------|------------|---------|---------|------------|----------|----------|-----------|

| REFERENCE |
|-----------|

## Limitations

**Window unit:** • Window A/C excluded from inspection

# INSULATION AND VENTILATION

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▇

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Limitations

**Attic inspection performed:** • No attic

## Recommendations

**FOUNDATION \ Interior insulation**

**19. Condition:** • Missing

No insulation was found by interior foundation. It is recommended to have insulation added.

**Implication(s)**: Increased heating costs

---

# PLUMBING

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▮▮▮

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REFERENCE

## Description

**General:** • Hot Water Tank



**25.** *Hot Water Tank*

**Water supply source:** • Public

**Service piping into building:** • Copper

**Supply piping in building:** • Copper

**Main water shut off valve at the:**
• Meter



**26.** *Main Water Shut Off*

Report No. ▮

# PLUMBING

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REFERENCE

**Water flow and pressure:** • Functional

**Water heater type:** • Conventional

**Water heater fuel/energy source:** • Gas

**Water heater exhaust venting method:** • Natural draft

**Water heater manufacturer:** • Bradford White

**Tank capacity:** • 40 gallons

**Water heater approximate age:**
• 1 year
Manufactured Jun 2016 as per data plate.

**Typical life expectancy:** • 8 to 12 years

**Waste disposal system:** • Not determined

**Waste and vent piping in building:** • Galvanized steel

**Gas piping:** • Steel

**Main fuel shut off valve at the:**
• Gas meter



**27.** *Gas meter*

**Exterior hose bibb:** • Not present

# PLUMBING

Report No. ▮▮▮

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Limitations

**Items excluded from a building inspection:** • Water quality • Concealed plumbing

## Recommendations

**SUPPLY PLUMBING \ Water service pipe**

**20. Condition:** • Leak

A leak was noted by the water entry pipe and pipe is corroded and should be replaced.

**Implication(s):** Chance of water damage to contents, finishes and/or structure | Damage to equipment

**Task:** Correct by a Licensed Plumber



*28. Leak*

**WATER HEATER \ Temperature/pressure relief valve**

**21. Condition:** • TPR pipe and water heater pipes are corroded and should be replaced.

**Task:** Correct by a Licensed Plumber

**WASTE PLUMBING \ Drain piping - installation**

**22. Condition:** • Nonstandard materials and patches

Waste pipe is covered with non-standard materials which should be removed and further investigated & corrected.

**Implication(s):** Chance of water damage to contents, finishes and/or structure | Sewage entering the building

**Task:** Correct by a Licensed Plumber

Report No. ▮

# PLUMBING

43 Commerce St, Spring Valley, NY     October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**29.** *Nonstandard materials and patches*

### WASTE PLUMBING \ Drain piping - performance

**23. Condition:** • <u>Rust</u>

Part of waste pipe in the basement is rusty and should be replaced.

**Implication(s):** Sewage entering the building

**Task:** Correct by a Licensed Plumber

16-23271-rdd    Doc 42-2    Filed 11/03/17    Entered 11/03/17 17:13:39    Exhibit B -
Inspection Report & Adjusted Work Order    Pg 35 of 48

Report No. ▮▮▮

# PLUMBING

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**Pinholing and cracks in cast iron stacks**

cracks often start at the crown of the pipe

manufacturing defects may cause pinholes

pinholes can also be caused by pitting and corrosion inside the pipe

some older cast iron pipes have variable wall thickness, leaving thin areas to more susceptible to damage

Report No. ▮▮▮

# INTERIOR

43 Commerce St, Spring Valley, NY     October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
|---------|----------|-----------|------------|---------|---------|------------|----------|----------|-----------|

| REFERENCE |
|-----------|

## Description

**Major floor finishes:** • Vinyl • Tile

**Major wall and ceiling finishes:** • Plaster/drywall

**Windows:** • Single/double hung

**Glazing:** • Single

**Oven type:** • Conventional

**Oven fuel:** • Gas

**Range fuel:** • Gas

**Kitchen ventilation:** • Window

**Bathroom ventilation:** • Window

**Counters and cabinets:** • Inspected

**Stairs and railings:** • Inspected

## Limitations

**Not included as part of a building inspection:** • Carbon monoxide detectors, security systems, central vacuum • Cosmetic issues • Appliances

## Recommendations

### General

**24.** • The bathroom on the 1st floor has the following conditions:

Vanity cabinet is deteriorated and wall around is wet & rotten.

Medicine cabinet is falling apart.

Window is inoperable and craked.

High moisture and "Suspected Microbial Growth" was found by the window sill.

A Mold Assessor should be consulted to investigate the growth by the window and followed through with a Mold Remediation Company.

A Licensed Contractor should be consulted to remodel this bathroom.

# INTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

Report No. ▮▮▮



**30.** *Rotten wall around cabinet*



**31.** *Medicine Cabinet*



**32.** *Suspected Growth*

**25.** • The following conditions were noted in the 2nd floor bathroom:
Medicine cabinet & vanity cabinet are deteriorated and falling apart.
Outlet is inoperable.
Wall by the shower is falling apart, tiles are loose and sheetrock behind is wet.
Floor tiles are cracked and missing .
Heat convector is rusty.
A Licensed contractor should be consulted to remodel this bathroom.

Report No. ▆▆▆

# INTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**33.** *Shower wall*



**34.** *Shower Wall*



**35.** *Vanity Cabinet*



**36.** *Medicine Cabinet*

## CEILINGS \ General

**26. Condition:** • <u>Water damage</u>

A high level of moisture was detected in basement on sheathing above boiler area. Sheathing in that area is rotten and should be replaced.

A Licensed contractor should be consulted to further investigate & correct.

High moisture was detected in closet located in the attic. It is most likely that water is coming from the roof which is deteriorated as previously mentioned by Roofing.

# INTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▇

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

**Implication(s):** Chance of movement
**Task:** Correct by a Licensed Professional



Sources of interior water damage

heating leaks · ice damming and condensation · roof or flashing leaks · plumbing leaks · air conditioning leaks · door leaks · melting snow · accidental spills · wall, window, solarium and skylight leaks

Report No. ▮▮▮

# INTERIOR
43 Commerce St, Spring Valley, NY   October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |





**37.** *Water damage-ceiling basement*



**38.** *Water damage-Attic*

### WALLS \ Plaster or drywall
**27. Condition:** • Damaged
Sheetrock wall in basement & 2nd floor are damaged and need to be replaced.
**Implication(s):** Damage or physical injury due to falling materials

Report No. ▮▮▮

# INTERIOR
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | **INTERIOR** | SITE INFO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

REFERENCE



**39.** *Damaged-basement*

## FLOORS \ Resilient flooring
**28. Condition:** • <u>Damage</u>

Flooring in attic rooms and kitchen are damaged and missing in some areas. Flooring needs to be replaced.
Cracked & missing tiles were noted by hallway entrance and kitchen which should be replaced.

**Implication(s):** Material deterioration | Trip or fall hazard



**40.** *Damage*



**41.** *Damage*

## DOORS \ General
**29. Condition:** • Damage

Report No. ▮▮▮

# INTERIOR

43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

Majority of doors in the house are damaged or deteriorated and need to be replaced.

**Implication(s):** Shortened life expectancy of material | Increased heating and cooling costs | Reduced comfort



**42.** *Damage*



**43.** *Damage*



**44.** *Damage*



**45.** *Damage*

Report No. ▆▆▆

# INTERIOR
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | **INTERIOR** | SITE INFO |

| REFERENCE |

### CARPENTRY \ Cabinets

**30. Condition:** • Rot

2nd fl kitchen cabinet floor under sink is rotten and damaged. Leak should be further investigated and corrected and cabinet replaced.

Multiple cabinets in kitchen on 2nd floor are falling apart and need to be replaced.

1st floor kitchen cabinet floor in  is deteriorated and needs to be replaced.

Counter area and sill behind the kitchen sink on 1st fl is rotted and needs to be replaced.

**Implication(s):** Material deterioration | Damage or physical injury due to falling materials

**Task:** Correct by a Licensed Professional



**Causes of rot**

wood is vulnerable to rot attack when the moisture content is above 20%

air must also be present (wood totally submerged in water will rot very slowly, or not at all)

Report No. ▇

# INTERIOR
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |



**46.** *Cabinet doors falling apart 2nd fl*



**47.** *Rot-behind sink-1st fl*



**48.** *Rot-under sink-2nd fl*



**49.** *Rot-under sink-2nd fl*

Report No. ▮▮▮

# INTERIOR
43 Commerce St, Spring Valley, NY    October 29, 2017

ROOFING  EXTERIOR  STRUCTURE  ELECTRICAL  HEATING  COOLING  INSULATION  PLUMBING  **INTERIOR**  SITE INFO

REFERENCE



**50.** *Deteriorated cabinet-1st fl*

## STAIRS \ General
**31. Condition:** • All three staircases in the house need to be redone due to poorly built/deterioration which makes it unsafe.
Railing by one of the staircases are loose.
**Implication(s):** physical injury



**51.** *Stairs*



**52.** *Stairs*

Report No. █████

# SITE INFO
43 Commerce St, Spring Valley, NY    October 29, 2017

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |

| REFERENCE |

## Description

**Weather:** • Rain

**Approximate temperature:** • 62°

**Attendees:** • Buyer

**Access to home provided by:** • Seller's representative

**Occupancy:** • The home was occupied at the time of the inspection.

**Utilities:** • All utilities were on during the inspection.

**Approximate inspection Start time:** • The inspection started at 11:30 a.m.

**Approximate date of construction:** • Pre 1900

**Approximate size of home:** • 1500 ft.² to 2000 ft.²

**Building type:** • Colonial

**Number of dwelling units:** • Single-family

**Number of bathrooms:** • 2

**Number of kitchens:** • 2

**Garage, carport and outbuildings:** • No Garage

**Area:** • Suburb

**Street type:** • Residential

**Street surface:** • Paved

**END OF REPORT**

# REFERENCE LIBRARY

43 Commerce St, Spring Valley, NY    October 29, 2017

Report No. ▮▮▮▮

| ROOFING | EXTERIOR | STRUCTURE | ELECTRICAL | HEATING | COOLING | INSULATION | PLUMBING | INTERIOR | SITE INFO |
|---------|----------|-----------|------------|---------|---------|------------|----------|----------|-----------|

| REFERENCE |
|-----------|

The links below connect you to a series of documents that will help you understand your home and how it works. These are in addition to links attached to specific items in the report.

Click on any link to read about that system.

» 01. ROOFING, FLASHINGS AND CHIMNEYS

» 02. EXTERIOR

» 03. STRUCTURE

» 04. ELECTRICAL

» 05. HEATING

» 06. COOLING/HEAT PUMPS

» 07. INSULATION

» 08. PLUMBING

» 09. INTERIOR

» 10. APPLIANCES

» 11. LIFE CYCLES AND COSTS

» 12. SUPPLEMENTARY

    Asbestos

    Radon

    Urea Formaldehyde Foam Insulation (UFFI)

    Lead

    Carbon Monoxide

    Mold

    Household Pests

    Termites and Carpenter Ants

» 13. HOME SET-UP AND MAINTENANCE

» 14. MORE ABOUT HOME INSPECTIONS

# Work Quote

**Date:** October 19, 2017

**Job:**  43 Commerce St
Spring Valley, NY 10977

**To:**  Alan Marguilles
4 Jacaruso Dr.
Spring Valley, NY
10977

| Description | Line Total |
|---|---|
| Soffit, Gutters, Chimney | $10,000 |
| Complete front deck with deck roof | $15,000 |
| Complete rear deck | $10,000 |
| Rear siding, rear lower roof (rafters, sheeting, shingles [20x15]) | $8,000 |
| Rebuild 2 kitchens complete (cabinets, plumbing, ceramic tile floors, broken appliances, etc.)    @ $10,000.00 ea. | $20,000 |
| Rebuild 2 bathrooms, Upstairs complete gut rehab @15000.00. Downstairs redo tiles, fixtures, Remove MOLD @ $ 7000.00. | $22,000 |
| Woodwork (all doors [2 exterior, 13 interior], 3 sets of stairs [basement, main, attic]) | $5000 |
| Replace all windows (5 basement, 15 living quarters) | $5000 |
| Replace old boiler and upgrade inefficient heating system | $20,000 |
| Replace outdated and unsafe electrical (new panel, rewire house, close and eliminate exposed wires and boxes, etc.) | $15,000 |
| Debris removal (basement, attic, junk car)  approximately 300 c.y. | $2000 |
| Extermination | $500 |
| Front and back yard rehab, removal of unsafe dead trees | $1500 |
| Repair walls (sheetrock, tape and spackle, repaint complete interior) | $5000 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | $139.000 |

*Thank you for your business!*

**FLT Enterprises Inc.**    **4 Jill Ln  #102, Monsey, NY 10952**    **(845) 558-9873**
fltenterprisesinc@gmail.com